IN THE UNITED STATES COURT OF FEDERAL CLAIMS

In re UPSTREAM ADDICKS AND BARKER (TEXAS) FLOOD CONTROL RESERVOIRS
Sub-Master Docket No.: 17-9001L

**LAWRENCE A. & MOLLY S. ADDISON, et al.,**

v.

**UNITED STATES OF AMERICA**

Case No.: 23-1243 L

Senior Judge Charles Lettow

### PLAINTIFFS' SHORT FORM COMPLAINT

By submitting this document, Plaintiff(s) adopts (adopt) and incorporates (incorporate) by reference the Master Amended Upstream Complaint (ECF No. 18) filed in Sub-Master Docket No. 17-9001 on January 16, 2018, and all subsequent amendments to that Complaint. This Short Form Complaint is deemed Plaintiff's(s') Original Complaint if it is plaintiff's(s') original pleading and must be filed as a new complaint through the Court's CM/ECF system.[1] Plaintiff(s) incorporates (incorporate) by reference and adopts (adopt) each allegation and cause of action, except any allegation pertaining to class allegations (including but not limited to paragraphs 92-104).[2]

### INFORMATION REGARDING PLAINTIFF(S)

Plaintiff(s) allege that, in and around Tropical Storm Harvey in August/September 2017 ("Harvey"), water impounded in Barker Reservoir (up to an elevation of 101.5 feet) and in Addicks Reservoir (up to an elevation of 109.1 feet), resulted in real property (the "Real Property") and/or personal property (the "Personal Property") belonging to Plaintiff(s) being flooded by the

---

[1] Directions on how to file an Amended Short Form complaint are found at ECF No. 634, Order governing amended complaints, in Sub-Master Docket No. 17-9001.

[2] At this time, Plaintiff(s) do not seek class treatment and do not opt into any class related to the Master Complaint. Unless and until presented with a notice of class certification, at which time Plaintiff(s) will evaluate and determine whether to opt into such certified class, Plaintiff(s) take no position on class certification.

1

impounded water (collectively, the "Government Action"). The allegations are more fully set forth in the Master Complaint.

1. Name of Plaintiff(s)[3]: **The names of Plaintiffs are set forth in the attached Addendum A in the column entitled "1. Name of Plaintiff."**

    The location by address of Plaintiff's(s') Real Property subject to Plaintiff's(s') allegations of a Fifth Amendment taking without just compensation, including the property's tax number:

    **The location by address of Plaintiffs' Real Property subject to Plaintiffs' allegations of a Fifth Amendment taking without just compensation are set forth in the attached Addendum A in the column entitled "1.a. Location of Real Property." Each Property's corresponding Tax Number is set forth in attached the Addendum A in the column entitled "1.b. Property's Parcel No(s)."**

2. If Plaintiff(s) held Real Property at more than one location, please identify addresses and corresponding tax numbers for each location:

    **Plaintiffs that held Real Property at more than one location have identified each address in Addendum A in the column entitled "1.a. Location of Real Property." Each Property's corresponding Tax Number is set forth in attached the Addendum A in the column entitled "1.b. Property's Parcel No(s)."**

3. At the time of the Government Action, please state Plaintiff's(s') property interest in each of the Real Property(ies) listed in response to Questions 1 and 2 above (*e.g.* Own, Rent, Leasehold, or other):

---

[3] If this is a multi-plaintiff case, please include a separate numbered list or sheet for each plaintiff that contains the requested information.

**Plaintiffs' respective property interest in each of the Real Properties is set forth in attached Addendum A in the column entitled "3. Pl.'s Property Interest."**

4. The location by address of Plaintiff's(s') Personal Property subject to Plaintiff's(s') allegation of a Fifth Amendment Taking without just compensation is as follows:

   **The location by address of Plaintiffs' Personal Property subject to Plaintiffs' allegation of a Fifth Amendment Taking without just compensation is set forth in attached Addendum A in the column entitled "4. Location of Personal Property."**

5. If Plaintiff(s) held Personal Property at more than one location, please identify the location of such other addresses as follows (please list all addresses):

   **Any Plaintiffs that held Personal Property at more than one location have identified such other addresses, or have entered "N/A," in Addendum A in the column entitled "5. Personal Property @ Other Location."**

6. Check all of the following boxes if Plaintiff(s) asserts (assert) the same Causes of Action set forth in the Causes of Action section of the Master Complaint. If Plaintiff(s) elects (elect) to assert some, but not all, of the Causes of Action set forth in the Causes of Action section of the Master Complaint, check the boxes that Plaintiff(s) intend to assert below:

   ☐ Count I – Temporary Taking of a Flowage Easement without Just Compensation in Violation of the Fifth Amendment.

   ☐ Count II – Temporary Taking of Other Property Interests without Just Compensation in Violation of the Fifth Amendment.

   ☐ Count III – Permanent Taking of Damaged and Destroyed Property without Just Compensation in Violation of the Fifth Amendment.

   ☐ Count IV – Permanent Taking of a Flowage Easement without Just Compensation in Violation of the Fifth Amendment.

   **As set forth in Addendum A in the column entitled "6. Counts Adopted," the Plaintiffs have adopted Counts I-IV of the Master Complaint.**

Houston, Texas
August 4, 2023

        Respectfully submitted,

By:    */s/ E. Armistead Easterby*
       Edwin Armistead "Armi" Easterby
       Texas State Bar No. 00796500
       Email: armi@easterbylaw.com
       The Easterby Law Firm, P.C.
       1502 Glourie Dr.
       Houston, TX 77055
       Telephone:(713) 936-9365

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

       Sean H. McCarthy
       Texas State Bar No. 24065706
       Email: smccarthy@whlaw.com
       Williams Hart Boundas, L.L.P.
       8441 Gulf Freeway, Ste. 600
       Houston, TX 77017
       Telephone: (713) 230-2200

**OF COUNSEL FOR PLAINTIFFS**